UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,

Plaintiff,

v.

ALBERTSON SAFEWAY, et al.,

Defendants.

Case No. 26-cv-02504-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**RE: DKT. NO. 14**

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. Dkt. No. 14. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's deadlines and orders. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff Mageb Y. Hussain, and to close the file.

**IT IS SO ORDERED.**

Dated: June 23, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge